## 49819. CLEMENTS et al. v. JONES.

PANNELL, Presiding Judge.

A "summary judgment" was rendered in favor of the defendant upon his "traverse of service" and an order entered dismissing the complaint on August 24, 1973. On October 12, 1973, a motion to perfect service was filed and overruled on May 29, 1974. A motion was made to dismiss the appeal to this court from the last order. *Held:*

The order entered on August 24, 1973 was a final order disposing of the entire case, and the time for filing an appeal, not having been extended, either by order or by the filing of a motion for new trial or a motion in arrest of judgment, or a motion for a judgment notwithstanding the verdict, the motion for perfection of the service came too late, and under the decisions of the Supreme Court, the appeal must, on motion, be dismissed. See *Adamson v. Adamson,* 226 Ga. 719 (177 SE2d 241); *Young v. Young,* 227 Ga. 570 (181 SE2d 867); *Taylor v. City of Columbus,* 228 Ga. 493 (186 SE2d 539); *Bernath Barrel &c. Co. v. Ostrum Boiler Service, Inc.,* 131 Ga. App. 140 (2) (205 SE2d 459); *Lynn v. Wagstaff Motor Co.,* 131 Ga. App. 556 (206 SE2d 539).

There is nothing in Section 4, paragraph (h) of the Civil Practice Act (Ga. L. 1966, pp. 609, 610, as amended, Code Ann. § 81A-104 (h)) that requires a different ruling; nor is a different ruling required by *Gulf Oil Corp. v. Sims,* 112 Ga. App. 68 (143 SE2d 776); *Brunswick Hdwe. Co. v. Bingham,* 110 Ga. 526, 527 (35 SE 772); *McClendon v. Ward-Truitt Co.,* 19 Ga. App. 495 (91 SE 1000); *Allen v. Mutual Loan &c. Co.,* 86 Ga. 74 (12 SE 265); *Cox v. Strickland,* 120 Ga. 104 (47 SE 912).

*Appeal dismissed. Evans and Webb, JJ., concur.*

ARGUED OCTOBER 3, 1974 — DECIDED OCTOBER 11, 1974.

*Haas, Holland, Levison & Gibert, Richard N. Hubert, Ira Genberg,* for appellants.

*Powell, Goldstein, Frazer & Murphy, Eugene G. Partain, Daniel M. Coursey, Jr.,* for appellee.